IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SUNIL WADHWANI AND MARY SELMA WADHWANI<br>*Plaintiffs,* | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 7:21-cv-00106 |
| STATE AUTO INSURANCE COMPANIES<br>*Defendant.* | §<br>§<br>§<br>§<br>§ | |

## NOTICE OF REMOVAL

Defendant Meridian Security Insurance Company, incorrectly named in Plaintiffs' Original Petition as State Auto Insurance Companies ("Defendant"), through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, files this Notice of Removal of the lawsuit captioned *Sunil Wadhwani and Mary Selma Wadhwani v. State Auto Insurance Companies*; Cause No. C-0537-21-G; In the 370th Judicial District of Hidalgo County, Texas.

### I.   BACKGROUND

1. Plaintiffs Sunil Wadhwani and Mary Selma Wadhwani (hereinafter "Plaintiffs") initiated the present action by filing their Original Petition in Cause No. C-0537-21-G in the 370th Judicial District of Hidalgo County, Texas on February 11, 2021 (the "State Court Action"). *See* Plaintiffs' Original Petition, attached as **Exhibit A**.

2. Defendant appeared and answered on March 23, 2021, asserting a general denial to the claims and allegations made in Plaintiffs' Original Petition. *See* Defendant's Original Answer, attached as **Exhibit B**.

3. Pursuant to 28 USC § 1446(a) all a copy of all process, pleadings, and orders served upon Defendant in the State Court Action are incorporated in **Exhibit A**. Pursuant to Southern

District of Texas Local Rule 81(2), a full copy of the state court file has been requested and will be filed upon receipt. Pursuant to Local Rule 81(4), the State Court Action docket sheet is attached as **Exhibit C.**

4.      Pursuant to Local Rule 81(6), a list of all counsel of record, including addresses, telephone numbers and parties represented, is attached as **Exhibit D**.

5.      Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Plaintiffs through their attorney of record, and to the clerk of the 370th Judicial District Court of Hidalgo County, Texas.

6.      Pursuant to 28 USC §§ 1446(b)(1) and 1446(c)(1) this Notice of Removal has been timely filed within 30 days of service on Defendant of Plaintiffs' Original Petition and less than one year after the commencement of this action.

## II.      JURISDICTION

7.      This Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the matter is removable to this Court pursuant to 28 U.S.C. § 1441 because there is complete diversity of citizenship between the properly joined parties and the amount in controversy exceeds $75,000 exclusive of interest and costs.

**A.      Diversity of Parties**

8.      Plaintiffs are domiciled in Hidalgo County, Texas.[1]  Therefore, pursuant to 28 U.S.C. § 1332(a)(1), Plaintiffs are citizens of the State of Texas.

9.      Defendant Meridian Security Insurance Company is organized under the laws of Indiana and maintains its principal place of business in Ohio.  Pursuant to 28 U.S.C. § 1332(c)(1),

---

[1] *See* Exhibit A, ¶ 2.

therefore, Defendant Meridian Security Insurance Company is a citizen of the States of Indiana and Ohio.

10. Accordingly, there is complete diversity between the parties pursuant to 28 U.S.C. § 1332(a).

**B. Amount in Controversy**

11. Generally, "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy."[2] Removal is proper if it is "facially apparent" from the complaint that the claims asserted exceed the jurisdictional amount.[3] In addition, penalties, exemplary damages, and attorneys' fees are included as part of the amount in controversy.[4] Here, Plaintiffs seek monetary relief "over $200,000 but not more than $1,000,000."[5] The $75,000 threshold for diversity jurisdiction is therefore met by the allegations of Plaintiffs' Original Petition.

12. In this case, Plaintiffs further seek compensation for (1) actual damages, (2) consequential damages, (3) treble damages, (4) exemplary damages; (5) attorney's fees; and (6) pre- and post-judgment interest.[6] Plaintiffs have alleged that Defendant's conduct was wrongful and done knowingly, entitling them to a trebling of actual damages under Texas Insurance Code Chapter 541.[7] Therefore, the amount in controversy plainly exceeds $75,000, exclusive of interest and costs.[8]

---

[2] 28 U.S.C. § 1446(c)(2); *see also Santiago v. State Farm Lloyds*, No. 7:13-CV-83, 2013 WL 1880845, at *1 (S.D. Tex. May 3, 2013).

[3] *Puckitt v. Wells Fargo Bank, N.A.*, No. G-09-0056, 2010 WL 2635626, at *3 (S.D. Tex. June 28, 2010) (citing *Allen v. R&H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995)).

[4] *See H&D Tire & Automotive-Hardware, Inc. v. Pitney Bowes Inc.*, 227 F.3d 326, 330 (5th Cir. 2000); *see also St. Paul Reinsurance Co. v. Greenberg,* 134 F.3d 1250, 1253 (5th Cir. 1998).

[5] Exhibit A, at ¶ 18.

[6] *Id.* at ¶¶ 14-20.

[7] *Id.* at ¶¶ 14-17; TEX. INS. CODE §§ 541.002 & 541.152.

[8] *See* Exhibit A.

3

13.     Accordingly, the amount in controversy requirement of 28 U.S.C. § 1332(b) is satisfied.

### III.     CONCLUSION

14.     Removal of this action under 28 U.S.C. § 1441(b) is proper as the district courts of the United States have original jurisdiction over the matter pursuant to 28 U.S.C. § 1332, and as all requirements for removal under 28 U.S.C. § 1446 have been met.

15.     WHEREFORE, Defendant Meridian Security Insurance Company hereby provides notice that this action is duly removed.

*Signatures on the following page.*

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
Southern District No. 38513
pkemp@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEY-IN-CHARGE FOR DEFENANT MERIDIAN SECURITY INSURANCE COMPANY**

OF COUNSEL:

Robert G. Wall
Texas Bar No. 24072411
Southern District No. 1117137
rwall@smsm.com
C Daniel DiLizia
Texas Bar No. 24099800
Southern District No. 2970159
ddilizia@smsm.com
Sarah C. Plaisance
Texas Bar No. 24102361
Southern District Bar No. 3310762
splaisance@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF and Certified Mail this the 23rd day of March, 2021 to:

John A. Millin IV                                             ***#9414 7266 9904 2178 2231 63***
Millin & Millin, PLLC
4107 North 22nd Street
McAllen, Texas 78504
john@millinmillin.com

                                              */s/ Patrick M. Kemp*
                                              Patrick M. Kemp